# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CURTIS COLSTON                                                                 PETITIONER
ADC #163872

V.                                          NO. 5:17-CV-00220-JLH-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                            RESPONDENT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed, along with the filed objections. After careful consideration and a de novo review of the record in this case, the Court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Apart from the exhaustion issue, Colston's claim fails on the merits. The decision of the Arkansas Court of Appeals was not contrary to or an unreasonable application of clearly established federal law as determined by the Supreme Court of the United States, nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Curtis Colston is dismissed with prejudice. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Colston has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 31st day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE